**Motion GRANTED.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:11-00193** |
| | ) | **Judge Trauger** |
| **RAUL PALOMO-CARILLO** | ) | |

## SECOND MOTION TO CONTINUE TRIAL DATE

Comes Raul Palomo-Carillo, through counsel, and moves this Honorable Court to continue the trial of his cause from June 26, 2012, to a date appropriate to the Court's calendar in October, 2012. Mr. Palomo-Carillo understands the necessity for the continuance of this case and has executed a waiver of speedy trial, which is being filed herewith. Darryl Stewart, the Assistant United States Attorney handling this case for the Government, is not opposed to Mr. Palomo-Carillo's request.

This motion is based on the same reasons set forth in a previous motion and repeated hereafter. The request for a continuance is being made due to the U.S. citizenship claim which Mr. Palomo-Carillo has as a result of his family history. His family has hired an established immigration law firm to pursue his claim of citizenship. This claim will take some time to prepare and to come to fruition. The family-retained immigration attorney, Rose