IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00193 |
| | ) | Judge Trauger |
| RAUL PALOMO-CARILLO | ) | |

**THIRD MOTION TO CONTINUE TRIAL DATE**

Comes Raul Palomo-Carillo, through counsel, and moves this Honorable Court to continue the trial of his cause from October 23, 2012, to a date appropriate to the Court's calendar in February, 2013. Mr. Palomo-Carillo is in agreement that a continuance is necessary to investigate a possible defense to the charge. Mr. Palomo has executed a Waiver of Speedy Trial, which is being filed contemporaneously with this motion. Darryl Stewart, the Assistant United States Attorney handling the case for the Government, has been informed of this motion and the reasons therefore.

The request for a continuance is based upon the same reasons set forth in prior motions. Mr. Palomo has a legitimate claim to derivative citizenship due to his father. His family has hired an established immigration law firm to pursue his claim of citizenship. This investigation has taken considerable time and is still not complete. Lupe Botts, an investigator with the Office of