IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00193 |
| | ) | Judge Trauger |
| RAUL PALOMO-CARILLO | ) | |

## SEVENTH MOTION TO CONTINUE TRIAL DATE

Comes Raul Palomo-Carillo, through counsel, and moves this Honorable Court to continue the trial of his case from July 30, 2013, to a date appropriate to the Court's calendar in September, 2013. A Waiver of Speedy Trial has been faxed to Mr. Palomo in Grayson County, Kentucky, and it will be filed as soon as it is received. Mr. Palomo understands the necessity for a continuance in an effort to establish his derivative citizenship.

Darryl Stewart, the Assistant United States Attorney handling the case for the government, has been informed of this motion and the reasons therefore.

This request for a continuance is based upon the same reasons set forth in prior motions. Mr. Palomo has a legitimate claim to derivative citizenship due to his father's history. His family has hired an established