UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Response due by 12:00 noon on 3/6/14.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:11-00193 |
| | ) | JUDGE TRAUGER |
| RAUL PALOMO-CARRILLO | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO MOTION TO DISMISS

Defendant Raul Palomo-Carrillo respectfully moves for leave to reply to the government's motion to dismiss without prejudice. Undersigned counsel will meet with Mr. Palomo on Thursday, March 6, to further discuss whether the defendant opposes this motion since the dismissal would be without prejudice. For that reason, Palomo moves for leave to file a response to the government's motion on March 6, 2014.

Palomo respectfully requests that, if it is feasible for the Court, that the government's motion be addressed by the end of the day on Friday, March 7, because at that time Palomo's witnesses intend to start driving to Nashville from Tucson.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Raul Palomo-Carillo