# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00193 |
| | ) | Judge Trauger |
| | ) | |
| RAUL PALOMO-CARILLO | ) | |

## O R D E R

The Government's Second Motion to Dismiss Indictment (Docket No. 71) is **GRANTED**. It is hereby **ORDERED** that the Indictment in this case is **DISMISSED WITH PREJUDICE** pursuant to this motion.

It is so **ORDERED**.

ENTER this 6th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge