UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHIVLLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:11-CR-00193 |
| | ) | JUDGE TRAUGER |
| **RAUL PAULOMO-CARILLO** | ) | |

==Motion DENIED as MOOT.==

*[signature]*

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through its counsel, David Rivera, United States Attorney for the Middle District of Tennessee, and Scarlett S. Nokes, Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss, without prejudice, the Indictment pending in this case pursuant to Federal Rule of Criminal Procedure 48(a). The government understands that the defendant intends to assert that he has acquired or derivative United States citizenship as a defense to the charge pending against him. The government is asking that the indictment be dismissed, without prejudice, in order allow the defendant to pursue his citizenship claim with the Department of Homeland Security.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

*/s/ Scarlett S. Nokes*
SCARLETT S. NOKES
Assistant United States Attorney

1